# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2577
LT Case No. 2015-CF-752-A

_____

ELIJAH LACAL UNION,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Elijah Lacal Union, Crawfordville, pro se.

Ashley Moody, Attorney General, and Michael Schaub, Assistant
Attorney General, Tallahassee, for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

HARRIS, MACIVER, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————